**jackson|lewis.**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
Tel 973 538-6890
Fax 973 540-9015
www.jacksonlewis.com
Richard J. Cino · Managing Principal

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT. | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

John F. Tratnyek
Email: John.Tratnyek@jacksonlewis.com

February 25, 2019

**VIA ELECTRONIC MAIL**
Magistrate Judge Karen M. Williams
United States District Court
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th and Cooper Street, Room 1050
Camden, NJ 08101

      Re: Krankowski vs. AmerisourceBergen Corporation
         Civil Action No: 1:18-cv-13819-NLH-KMW

Dear Judge Williams:

  We represent Defendant AmeriSourceBergen Corporation in the above matter. Please be advised that the parties have just settled the matter and are requesting an adjournment of the initial conference scheduled for February 26, 2019 at 2:00 p.m. at the entry of a 60-day order administratively terminating the action.

        Respectfully submitted,

        JACKSON LEWIS, P.C.


        By: /s/ John F. Tratnyek
        John F. Tratnyek

JFT: fl

cc: Ben Friedman, Esq.